UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Andre Anderson.

          Plaintiffs,

v.

Sarena Townsend, et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

21-cv-3569 (LAK)

## ORDER

A review of the docket sheet shows that defendants filed a motion to dismiss for failure to state a claim on August 9, 2021. No opposition to the motion has been filed. Accordingly, the complaint is dismissed. The Clerk of Court shall close the case.

DATED: September 14, 2021

Lewis A. Kaplan
United States District Judge