**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Andre Anderson,

                Plaintiff,

   -against-                                      21 **CIVIL** 3569 (LAK)

## JUDGMENT

Sarena Townsend, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2021, a review of the docket sheet shows that defendants filed a motion to dismiss for failure to state a claim on August 9, 2021. No opposition to the motion has been filed. Accordingly, the complaint is dismissed, and this case is closed.

**Dated:**  New York, New York

      September 14, 2021

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                          **BY:**      K. Mango

                                                             **Deputy Clerk**