

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KAMI Z. BARKER
Senior Counsel
Mobile: (646) 960-1103
Fax: (212) 356-2439
kbarker@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/2022

December 30, 2021

<u>VIA ECF</u>
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: <u>*Anderson v. Townsend, et. al.*</u>
     <u>Civil Case Action No.: 21-CV-3569 (LAK)</u>

Dear Judge Kaplan:

  I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to represent defendants in the above case. Defendants write, pursuant to the Court's Individual Rules, to respectfully request that defendants be permitted until January 17, 2022 to oppose plaintiff's motion to reconsider. This is defendants' second request, and plaintiff consents.

  Defendants make this extension request because the undersigned was on trial in *Anderson v. HHC, et. al.,* 16-CV-1051 (SDNY) from December 6, 2021 to December 16, 2021 and was on vacation thereafter until December 27, 2021. Further, this week, the undersigned has experienced medical issues. Therefore, defendants respectfully request a two-week extension to file their opposition to plaintiff's motion for reconsideration. Thank you for your consideration herein.

            Respectfully submitted,

                /s
            Kami Z. Barker
            *Senior Counsel*

cc: **THE BELLANTONI LAW FIRM**
   2 Overhill Road, Suite 400
   Scarsdale, New York 10583
   (914) 367-0090
   abell@bellantoni-law.com
   (By ECF)

So ordered.

/s/ LAK (MAB)
United States District Judge

Date: January 3, 2022