UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRE ANDERSON,

                Plaintiff,                              Case No. 21 Civ. 03569 (LAK)

   - against -                                 **NOTICE OF MOTION**

SARENA TOWNSEND, Individually,
RUBEN BENITEZ, Individually, DEION ISLAR,
Individually, CHRISTOPHER DIXON, Individually,
and NEW YORK CITY, New York,

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Summons and Complaint, the Declaration of Amy L. Bellantoni with annexed exhibits, and all pleadings and prior proceedings herein, Plaintiff will move pursuant to Rule 15(a) at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York 10007 on a date and time to be determined by the Court, for an Order granting Plaintiff's Motion for Leave to File an Amended Summons and Complaint; and for such other, further, and different relief as to this Court may seem just, proper, and equitable.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rules 6.3 and 6.1(b), Defendants' opposition papers, if any, are to be served by February 9, 2022 and Plaintiffs' reply

papers, if any, are to be served by February 11, 2022.

Dated: Scarsdale, New York
      February 2, 2022                     Respectfully Submitted,

                                      THE BELLANTONI LAW FIRM, PLLC
                                      *Attorneys for Plaintiff*

                     By: _____/s/_____
                                      Amy L. Bellantoni, Esq. (AB3604)
                                      2 Overhill Road, Suite 400
                                      Scarsdale, New York 10583
                                      914/367-0090
                                      abell@bellantoni-law.com

**cc:**    <u>**Via ECF**</u>
       Kami Barker
       New York Law Department
       Attorneys for Defendants