**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDRE ANDERSON,

                Plaintiff,

-against-                             21 **CIVIL** 3569 (LAK)

                                                   **JUDGMENT**

LOUIS A. MOLINA, in his official capacity,
SARENA TOWNSEND, individually and
professionally, RUBEN BENITEZ, individually
and professionally, DEION ISLAR, individually
and professionally, CHRISTOPHER DIXON,
individually and professionally, and the CITY OF
NEW YORK,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion dated October 26, 2022, defendants' motion to dismiss plaintiff's Amended Complaint is GRANTED in all respects.

**Dated:**  New York, New York

      October 27, 2022

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                              **BY:**   *K. Mango*

                                                                **Deputy Clerk**